**Order entered June 7, 2021**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00308-CV

**THIEN AN VO, Appellant**

**V.**

**LINEBARGER, GOGGAN, BLAIR & SAMPSON, LLP, Appellee**

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-72811**

## ORDER

Before the Court is appellant's June 4, 2021 motion for an extension of time to file her brief on the merits. We **GRANT** the motion as follows. We **DIRECT** the Clerk of this Court to send appellant a CD-ROM with a copy of the clerk's record. Appellant shall file her brief on or before **July 12, 2021**.

/s/ BONNIE LEE GOLDSTEIN
JUSTICE